## The People *against* Matthewson and Wood, impleaded with Davis.

The party at whose instance a Sheriff's bond is sued, may, after judgment against the Sheriff and his sureties, move to have the amount of his original judgment against the Sheriff, with *interest* and costs, levied on the execution to be issued against the Sheriff and his sureties, without giving a previous notice of such motion to the defendants.

ON producing the record in this cause, it appeared, that the action was brought on a bond given by *John S. Davis*, late Sheriff of the county of *Oswego*, and his sureties, for the due performance of his duty as Sheriff, pursuant to the statute; and that the same had been prosecuted, by leave of the Court, at the instance of *Barent Walradt*.

*Reynolds*, in behalf of *Walradt*, now moved, that the Sheriff of the county of *Oswego*, be directed to collect, on the execution to be issued in this cause, the sum of 169 dollars and 93 cents, being the amount of the original judgment against *J. S. Davis*, at the suit of *B. Walradt*, for the default of the said Sheriff, in his office, &c., together with the *interest* thereon, from the 24th of *October* 1821, the day when the said judgment was docketted, and the costs of suit; and that the amount be paid over to the said *B. W.*

*Per Curiam.* As this suit was brought at the instance of *Walradt*, on whose motion the action was brought on the Sheriff's bond, it is, in that respect, distinguishable from the case of *The People* v. *Birdsall* and others, just now decided. This application, therefore, may be made, without giving previous notice to the defendants; and we grant the rule.

*Rule granted.*